UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

BRANDON MCGUIRE,       )
                       )
        Plaintiff,     )
                       )
    v.                 )    No. 4:14CV1261 SPM
                       )
CHARLES BRYSON, et al.,)
                       )
        Defendants,    )

## MEMORANDUM AND ORDER

This prisoner civil rights action was removed from state court by defendant Kenneth McCain. Defendants Leonard Edwards and Irene Mitchell have consented to the removal. However, according to the state court's records, defendants Charles Bryson, Gene Stubblefield, Rodney Watts, Susan Singer, and Leonora Hatter were never served with process because plaintiff failed to provide the court with their correct addresses.

Plaintiff was granted in forma pauperis status by the state court. Under 28 U.S.C. § 1915, the Court is responsible for service process in cases filed in forma pauperis. As a result, the Court will direct plaintiff to provide the Court with the current addresses for defendants Bryson, Stubblefield, Watts, Singer, and Hatter. See 28 U.S.C. § 1447(a). If plaintiff fails to provide the Court with addresses where these defendants may be served, the Court may dismiss these defendants under Rule 4(m) of the Federal Rules of Civil Procedure.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall, within twenty-one (21) days of the date of this Order, provide the Court with the correct addresses for defendants Charles Bryson, Gene Stubblefield, Rodney Watts, Susan Singer, and Leonora Hatter.

**IT IS FURTHER ORDERED** that if plaintiff fails to timely provide the Court with the correct addresses for these defendants, the Court may dismiss them from this action without prejudice.

Dated this 3rd day of September, 2014.

_____
SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE